Approved by: _____
KUNGA P. DRONGCHEWA
Special Assistant United States Attorney

Before:   THE HONORABLE KIM P. BERG
          United States Magistrate Judge
          Southern District of New York

7:25-MJ-3000 KPB

- - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :     MISDEMEANOR
                                        COMPLAINT
                                  :
        -v-                             Violation of
                                  :     NYVTL 1192.3
                                        NYVTL 1227
PEDRO A CAYETANO                  :

                                        COUNTY OF OFFENSE:
        Defendant                       ORANGE
                                  :

- - - - - - - - - - - - - - - - - - - -x

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK, ss.:

   Rachell Saray Davis, being duly sworn, deposes and says that she is a Court Liaison, assigned to the United States Military Academy, West Point, New York, and charges as follows:

### COUNT ONE

   On or about 4 July 2025, at or near West Point, New York, in the Southern District of New York, PEDRO A CAYETANO, the defendant, operated a motor vehicle while in an intoxicated condition, to wit: the defendant was stopped at West Point's Stoney Lonesome entry point. The defendant had an open alcohol container in his vehicle, and when officers approached, they could smell alcohol from the vehicle. The officer noticed that the defendant exhibited signs of impairment, including bloodshot eyes and slurred speech. The defendant subsequently failed his field sobriety test and refused a breathalyzer test.

   (New York Vehicle and Traffic Law 1192.3)

## COUNT TWO

On or about 4 July 2025, at or near West Point, New York, in the Southern District of New York, PEDRO A CAYETANO, the defendant, was in possession of an open container containing an alcoholic beverage, while in a motor vehicle located upon the public highways or right-of-way public highway, to wit: the defendant was stopped at West Point's Stoney Lonesome entry point. The defendant had an open alcohol container in the center console of his vehicle. After the defendant's vehicle was impounded, the police found multiple other open alcohol containers in the vehicle.

(New York Vehicle and Traffic Law 1227)

2. On or about 4 July 2025, the defendant, Pedro Cayetano, was stopped at West Point's Stony Lonesome's entrance. His vehicle had an open container containing alcohol in his center console in plain view.

3. When West Point military police officers approached the defendant, they smelled the odor of alcohol, and the defendant exhibited signs of impairment, including bloodshot eyes and slurred speech.

4. The defendant was then asked to take a Standardized Field Sobriety Test (SFST). The defendant displayed signs of intoxication during the test. The defendant was then transported to the Village of Highland Falls Police Department for further testing, including a breathalyzer. The defendant refused to provide a breath sample.

5. The defendant was then released to Juan Pantoja, and his vehicle was towed. During this time, the officers found more empty bottles of alcohol in the vehicle, including under the driver's seat.

**WHEREFORE**, deponent prays that the above-named defendant be imprisoned or bailed, as the case may be.

_____
RACHELL SARAY DAVIS
Court Liaison


Sworn to before me this
19th day of September, 2025

_____
HONORABLE KIM P. BERG
United States Magistrate Judge
Southern District of New York