UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

NY VTL 1227 (count 2)

UNITED STATES OF AMERICA,

                    Plaintiff,

         -against-

Pedro A. Cayetano,

                    Defendant.

Case No.: 25 MJ 3000 (KPB)

**ORDER OF DISMISSAL** ( Partial )

Motion by the Government to dismiss is granted and the above-captioned case is hereby dismissed.

SO ORDERED.

_____
Hon. Kim P. Berg,
United States Magistrate Judge

Dated: _6th_ day of _February_, 20_26_
White Plains, New York